**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Re:**

| | |
|---|---|
| **ROGER G SPRANKLE** | Case No: 18-54030 |
| **DOROTHY L SPRANKLE** | Chapter 7 |
| Debtors | Judge John E. Hoffman Jr. |
| | SSN: xxx.xx.9142 |
| | SSN: xxx.xx.0129 |

**TRUSTEE'S NOTICE OF FILING NFR**
**AND CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing TRUSTEE'S NOTICE OF FILING NFR AND CERTIFICATE OF SERVICE was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court and by ordinary U. S. Mail on this 29th day of March, 2019, on the attached Service list:

/s/Brent A. Stubbins
Brent A. Stubbins
Chapter 7 Case Trustee
59 North Fourth Street
P.O Box 488
Zanesville, OH 43702-0488
740.452.8484
740.455.4124 (fx)
bstubbins@swbwlawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 2:18-BK-54030** |
| | § | |
| **ROGER G SPRANKLE** | § | |
| **DOROTHY L SPRANKLE** | § | |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Brent A. Stubbins, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

170 North High Street, Columbus, OH 43215-2414

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/29/2019         By:  /s/ Brent A. Stubbins
                                      Trustee

Brent A. Stubbins
P.O Box 488
Zanesville, OH 43702-0488

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| In re: | § | Case No. 2:18-BK-54030 |
|---|---|---|
| | § | |
| **ROGER G SPRANKLE** | § | |
| **DOROTHY L SPRANKLE** | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $32,000.00
*and approved disbursements of* $0.00
*leaving a balance on hand of*[1]: $32,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Village of Crooksville | $8,994.00 | $8,994.00 | $0.00 | $0.00 |
| 10 | Perry County Treasurer | $13,479.87 | $13,479.87 | $0.00 | $0.00 |
| 12 | Compu-Link Corporation, dba Celink | $71,351.33 | $71,351.33 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $32,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Brent A. Stubbins, Trustee Fees | $3,950.00 | $0.00 | $3,950.00 |
| Brent A. Stubbins, Trustee Expenses | $432.44 | $0.00 | $432.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Stubbins, Watson, Bryan, & Witucky Co., L.P.A, Attorney for Trustee Fees | $2,690.25 | $0.00 | $2,690.25 |

        Total to be paid for chapter 7 administrative expenses:    $7,072.69
        Remaining balance:    $24,927.31

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

        Total to be paid to prior chapter administrative expenses:    $0.00
        Remaining balance:    $24,927.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $395.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 9 | Ohio Dept. of Job & Family Services | $9.91 | $0.00 | $9.91 |
| 11 | Ohio Bureau of Workers' Compensation | $385.82 | $0.00 | $385.82 |

        Total to be paid to priority claims:    $395.73
        Remaining balance:    $24,531.58

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $76,979.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | C. Edward Noe, Esq. | $11,608.07 | $0.00 | $3,699.23 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 2 | Fairfield Medical Center | $68.12 | $0.00 | $21.71 |
| 4 | The Community Bank | $4,279.23 | $0.00 | $1,363.70 |
| 5 | The Community Bank | $4,109.12 | $0.00 | $1,309.49 |
| 6 | Village of Crooksville | $48,320.00 | $0.00 | $15,398.51 |
| 7 | Columbia Gas of Ohio | $1,546.02 | $0.00 | $492.68 |
| 8 | Midland Funding LLC | $1,412.80 | $0.00 | $450.23 |
| 9a | Ohio Dept. of Job & Family Services | $1,807.97 | $0.00 | $576.16 |
| 11a | Ohio Bureau of Workers' Compensation | $63.35 | $0.00 | $20.19 |
| 13 | PNC Bank, N.A. | $3,764.57 | $0.00 | $1,199.68 |

Total to be paid to timely general unsecured claims: $24,531.58
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-NFR (10/1/2010)**

                                Prepared By:  /s/ Brent A. Stubbins
                                                      Trustee

Brent A. Stubbins
P.O Box 488
Zanesville, OH 43702-0488

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:18-bk-54030<br>Southern District of Ohio<br>Columbus<br>Thu Mar 28 15:42:20 EDT 2019 | American Electric Power<br>P.O. Box 24405<br>Canton, OH 44701-4405 | Anthem Blue Cross and Blue Shield<br>PDM Recovery OCR Lockbox<br>2704 Solutions Center<br>Chicago, IL 60677-2007 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | BA Disposal<br>12140 Rosefarm Road<br>Crooksville, OH 43731-9606 | Basepointe-HM<br>3225 North Star Circle<br>Louisville, TN 37777-5059 |
| Board of County Commissioners<br>Perry County Ohio<br>121 West Brown Street, Suite C<br>New Lexington, OH 43764-1489 | C. Edward Noe, Esq.<br>Noe & MacLeid Co., 4th Floor<br>Cincinnati, OH 45202 | COUSC<br>P.O.Box 714231<br>Cincinnati, OH 45271-4231 |
| Chase Bank USA, N.A.<br>P.O.  Box 15298<br>Wilmington, DE 19850-5298 | Cindy M. O'Neil, Esq.<br>111 North High Street<br>P.O. Box 569<br>New Lexington, OH 43764-0569 | Citibank (South Dakota) NA<br>701 E. 60th Street N<br>PO Box 6074<br>Sioux Falls, SD 57117-6074 |
| (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Compu-Link Corporation, dba Celink<br>2900 Esperanza Crossing<br>Austin, TX 78758-3658 | Computer Collections Inc.<br>640 West Fourth Street<br>P.O. Box 5238<br>Winston Salem, NC 27113-5238 |
| Corpath LTD<br>P.O. Box 636042 Dept. 6042<br>Cincinnati, OH 45263-6042 | Credit Solutions LLC<br>P.O. Box 24710<br>Lexington, KY 40524-4710 | Crooksville EMS<br>98 South Buckeye Street<br>Crooksville, OH 43731-1014 |
| Crooksville Utility Billing<br>98 S Buckeye St.<br>Crooksville, OH 43731-1014 | Fairfield Medical Center<br>Contracts & Collections #8310<br>1149 East Main Street<br>Lancaster, OH 43130-4056 | Financial Freedom<br>P. O. Box 85400<br>Austin, TX 78708-5400 |
| Genesis Healthcare Systems<br>PO Box 933105<br>Cleveland, OH 44193-0001 | Jan Allen Baughman, Esq.<br>Allen & Baughman<br>58 North Fifth Street, Suite 102<br>Zanesville, OH 43701-3527 | Javitch Block<br>1100 Superior Avenue, 19th Floor<br>Cleveland, OH 44114-2521 |
| Lisa Lowery M.D., Inc.<br>33 North Grant Avenue, Suite 150<br>Columbus, OH 43215-3837 | Metlife<br>P. O. Box 371487<br>Pittsburgh, PA 15250-7487 | Metlife<br>P. O. Box 8000<br>Johnstown, PA 15907-8000 |
| Mid-East Ohio Building Department<br>22 North Fifth Street<br>Zanesville, OH 43701-3528 | Midland Credit Management, Inc.<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 | Midland Credit Management, Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 |

```
Midland Funding LLC              Midland Funding, LLC              Noe & Macleid Co.,
PO Box 2011                      8875 Aero Drive                   810 Sycamore St. 4th Fl.
Warren, MI 48090-2011            San Diego, CA 92123-2255          Cincinnati, OH 45202-2181


(p)OHIO BUREAU OF WORKERS COMPENSATION   (p)OHIO DEPARTMENT OF JOBS AND FAMILY SERVICE   Ohio Health
LAW SECTION BANKRUPTCY UNIT              ATTN DONN D ROSENBLUM                           P.O. Box 183221
P O BOX 15567                            P O BOX 182404                                  Columbus, OH 43218-3221
COLUMBUS OH 43215-0567                   COLUMBUS OHIO 43218-2404


Ohio Pissa Products              Online Information Services       PNC Bank
P.O. Box 549                     P.O. Box 1489                     P. O. Box 3429
Monroe, OH 45050-0549            Winterville, NC 28590-1489        Pittsburgh, PA 15230-3429


PNC Bank, N.A.                   Perry County Auditor              Perry County Health Department
PO Box 94982                     105 North Main Street             409 Lincoln Park Drive
Cleveland, OH 44101-4982         P.O. Box 127                      P.O. Box 230
                                 New Lexington, OH 43764-0127      New Lexington, OH 43764-0230


Perry County Treasurer           Perry County Treasurer            Scheer, Green and Burke, Co. LPA
105 North Main Street            P.O. Box 288                      241 N. Superior Street, Suite 300
Attn. Melissa Walters            New Lexington, OH 43764-0288      Toledo, OH 43604-1200
New Lexington, OH 43764-1262


Sirius XM Radio Inc.             State of Ohio, Bureau of          Terminix Processing Center
P.O. Box 9001399                 Employment Services               PO Box 742592
Louisville, KY 40290-1399        150 East Gay Street, 21st Floor   Cincinnati, OH 45274-2592
                                 Columbus, OH 43215-3191


The Community Bank               United Collection Bureau Inc.     Village of Crooksville
113 North Fifth Street           5620 Southwyck Blvd. STE          98 South Buckeye Street
Zanesville, OH 43701-3533        Toledo, OH 43614-1501             Crooksville, OH 43731-1014


Visa                             Vllage of Crooksville             Zanesville Medical Center
P.O. Box 4513                    98 S. Buckeye Street              P. O. Box 8132
Carol Stream, IL 60197-4513      Crooksville, OH 43731-1014        Zanesville, OH 43702-8132


Zemba Bros., Inc.                Brent A Stubbins                  Dorothy L Sprankle
P. O. Box 1270                   PO Box 488                        26 South State Street
Zanesville, OH 43702-1270        Zanesville, OH 43702-0488         Crooksville, OH 43731-1325


Roger G Sprankle                 Rose M Fox
26 South State Street            233 Main Street
Crooksville, OH 43731-1325       Zanesville, OH 43701-3423
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Columbia Gas of Ohio
P.O. Box 117
Columbus, OH 43216

(d)Columbia Gas of Ohio
P.O. Box 742510
Cincinnati, OH 45274-2510

Ohio Bureau of Workers' Compensation
Legal Division
PO Box 15567
Columbus, Ohio 43215-0567

Ohio Dept. of Job & Family Services
Attn: OUIO - Tax Appeals
P.O. Box 182404
Columbus, OH 43218-2404

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Compu-Link Corporation

(u)Ohio Bureau of Workers' Compensation

(u)Ohio Pizza Products

End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61